UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ANTONIO M. CROCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-00001 |
| | ) CHIEF JUDGE CRENSHAW |
| ZEBULTON STULTS and COREY D. CATTRELL, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Court grant Defendants' Unopposed Motion for Summary Judgment. (Doc. No. 23.) Plaintiff did not file timely objections. After a de novo review of the record, the Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Unopposed Motion for Summary Judgment (Doc. No. 21) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE